UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EMILIO THOMPSON,

    Plaintiff,

v.                                              Case No: 8:23-cv-365-CEH-CPT

FLORIDA POP, LLC,

    Defendant.
_____

**ORDER**

This matter is before the Court upon review of the file. Pursuant to a Notice of Settlement (Doc. 13), the Court entered an Order on September 7, 2023, (Doc. 14) dismissing this action without prejudice pending receipt of either a Joint Notice of Voluntary Dismissal, or a Joint Motion to Approve Proposed FLSA Settlement. If the claims were resolved without compromise, a joint motion to approve FLSA settlement is unnecessary, and the parties were directed to file a notice of dismissal indicating that the claims have been resolved without compromise. On January 4, 2024, the parties filed a status report reflecting that the Plaintiff was paid in full without compromise.

Accordingly, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties